Second Department. April 25, 1902.) Action by Annie Schmidt against Peter Schouler. No opinion. Judgment of the municipal court affirmed by default, with costs.

---

SCHMIDT, Appellant, v. SCHULZ et al., Respondents. (City Court of New York, General Term. February, 1902.) Action by Oscar Schmidt against Eugene Schulz and others. Powell & Cady, for appellant. Olney & Comstock, for respondents. No opinion. Judgment reversed on the argument.

---

SCHOENBLUM, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by Samuel Schoenblum against the city of New York. M. H. Gorman, for appellant. G. Mellen, for respondent. No opinion. Judgment and order affirmed, with costs. See 68 N. Y. Supp. 1005.

---

SCHWARTING, Respondent, v. VAN WIE NEW YORK GROCERY CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by George Schwarting against the Van Wie New York Grocery Company. No opinion. Motion denied.

---

SCOTT, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Martha R. Scott against the Third Avenue Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce recovery of damages to the sum of $1,000, and extra allowance proportionately, in which case the judgment, as modified, is affirmed, without costs of this appeal to either party. All concur, except HIRSCHBERG, J., who votes for affirmance.

---

SEGERMAN, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Action by Frieda Segerman against the Metropolitan Street Railway Company. R. Marks, for appellant. T. H. Lord, for respondent. No opinion. Order affirmed, with costs.

---

SERWER, Appellant, v. SERWER, Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Rosa Serwer against Morris Serwer. No opinion. Motion denied.

---

SHATTUCK, Respondent, v. SHATTUCK, Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Ac-

tion by Isabelle M. Shattuck against John W. Shattuck. H. Goldmark, for appellant. G. G. Leonard, for respondent. No opinion. Order modified, by reducing counsel fee to $75 and alimony to $40 a month, and, as modified, affirmed, without costs to either party.

---

SILVER et al., Respondents, v. NEW JERSEY STEAMBOAT CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 7, 1902.) Action by Hyman S. Silver and Kassel Silver against the New Jersey Steamboat Company. No opinion. Judgment unanimously affirmed, with costs.

---

SLEE, Respondent, v. KINGS COUNTY SAV. INST. et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Henry C. Slee against the Kings County Savings Institution and Catherine Slee. No opinion. Motion granted, unless appellants pay $10 costs within five days, in which event motion denied, and case placed at the foot of the present calendar.

---

SMITH v. LEHIGH VAL. R. CO. (Supreme Court, Appellate Division, Fourth Department. May 20, 1902.) Action by Porter D. Smith against the Lehigh Valley Railroad Company. No opinion. Motion granted, unless the papers are filed and served, and the case argued, at the present term of court, if reached.

---

SMITH v. SMITH et al. (Supreme Court, Appellate Division, Third Department. May 13, 1902.) Action by Esther J. Smith, as administratrix, etc., against Maxwell Smith, as administrator, etc., and others. No opinion. Motion denied, without costs.

---

SMITH et al., Appellants, v. FIRTH et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Samuel Smith, etc., and others against Christopher C. Firth and wife and Robert W. Firth and wife. No opinion. Judgment affirmed, with costs. All concur, except BARTLETT, J., taking no part.

---

SORENSON, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Nils Sorenson against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs; BARTLETT, J., taking no part.

---

SPENCER, Appellant, v. TOWN OF SARDINIA, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 20,

1902.) Action by Ella D. Spencer as administratrix, etc., against the town of Sardinia.

PER CURIAM. Order affirmed, with costs, on opinion of Hardin, P. J., in same case, reported in 42 App. Div. 472, 59 N. Y. Supp. 412. All concur, except HISCOCK, J., not voting.

SPROULE v. DAVIES et al. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Mary Jane Sproule, as trustee, etc., against Sarah Davies and others. No opinion. Motion for leave to appeal to the court of appeals granted.

STANDARD NAT. BANK v. GARFIELD NAT. BANK. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Action by the Standard National Bank against the Garfield National Bank. No opinion. Motion denied, with $10 costs.

STEEFEL et al., v. ROTHSCHILD. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Barnard L. Steefel and Joseph L. Steefel against Jacob Rothschild.

PER CURIAM. We know of no practice to justify this court in resettling the order, as requested by both sides. The questions which the parties desire reviewed can only be reviewed upon an appeal from final judgment, in accordance with our decision. Motion denied.

STEINSON v. BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by George Steinson against the board of education. No opinion. Motion denied, on payment of $10 costs, and, upon payment of an additional $10, leave given to apply to the court below to open default.

STEINSON, Appellant, v. BOARD OF EDUCATION, Respondent. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Action by George Steinson against the board of education. G. Steinson, in proper. T. McIlvaine, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 58 N. Y. Supp. 734, 63 N. Y. Supp. 128, and 71 N. Y. Supp. 1149.

STEWART, Respondent, v. HYDRAULIC CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Robert L. Stewart against the Hydraulic Construction Company. No opinion. Judgment affirmed, with costs.

STEWART v. MAYOR, ETC. (Supreme Court, Appellate Division, First Department. April 18, 1902.) Action by Robert L. Stewart against the mayor, etc. No opinion. Motion granted, without costs.

STEWART, Appellant, v. RUSSELL et al., Respondents. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by John Stewart against Horace Russell and another. F. D. Peale, for appellant. J. Holmes, Jr., for respondents. No opinion. Order affirmed, with $10 costs and disbursements. See 73 N. Y. Supp. 249.

STIVERS, Appellant, v. HAWLEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Mary Elizabeth Moore Stivers against Frederick B. Hawley and Charles G. Moore, as executors, etc., of Rufus M. Stivers, deceased, and others. No opinion. Judgment affirmed, with costs.

STONE v. HALE et al. (Supreme Court, Appellate Division, First Department. May 16, 1902.) Action by Charles H. Stone, as sole executor, against Lucy A. Hale, as executrix, and another. No opinion. Motion granted.

STRAHL et al., Appellants, v. SHEINDELMAN, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Robert Strahl and another against Samuel Sheindelman. No opinion. Judgment of the municipal court affirmed, with costs.

SUN PRINTING & PUB. ASS'N, Respondent, v. ABBEY EFFERVESCENT SALT CO., Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by the Sun Printing & Publishing Association against the Abbey Effervescent Salt Company. L. L. Kellogg, for appellant. F. Bartlett, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 70 N. Y. Supp. 871.

SUYDAM, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Jessie Suydam against the Brooklyn Heights Railroad Company.

PER CURIAM. We think this judgment and order should be reversed, for the erroneous charge that the plaintiff could recover something without proof of injury, which error, in our opinion, was not adequately corrected by the subsequent charge of the learned court. Judgment and order reversed, and new trial granted; costs to abide the event.

SWEET, Appellant, v. CORBIT et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 18, 1902.)